# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

ALBERT CASTRO GONZALEZ

*Plaintiff*

V.

CHAD NELSON, GUSTAVO BARRETO, CLAUDIA E. HERZOG, PAUL LEWENTHAL, THE UNITED STATES OF AMERICA, AND DOES 1-5

*Defendant*

Civil Action No. 15-cv-1944-BAS-JMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHAD NELSON
c/o Roy Jones, Associate Legal Advisor, DCLD
Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement
500 12th Street, S.W., STOP 5900, Washington, D.C. 20536-5900

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph M. McMullen
225 Broadway, Suite 1460
San Diego, California 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____9/1/15_____



John Morrill
*CLERK OF COURT*

S/ _____ A. Corsello
*Signature of Clerk or Deputy Clerk*

Civil Action No. 15-cv-1944-BAS-JMA          Date Issued: 9/1/15

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* CHAD NELSON

was received by me on *(date)* 9/1/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: On 10/8/2015, I sent this summons and a copy of the complaint via certified mail to Roy Jones, Associate Legal Advisor, DCLD, Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th Street, S.W., STOP 5900, Washington, D.C. 20536-5900. Mr. Jones indicated in a September 28, 2015 letter that he was authorized by Defendant Chad Nelson to accept service of the summons and complaint in this manner.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 10/8/2015

*Server's Signature*

Joseph M. McMullen, Attorney for Plaintiff
*Printed name and title*
Law Offices of Joseph M. McMullen
225 Broadway, Suite 1460, San Diego, CA 92101
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.